UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-189-KJD-CWH |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO ALCARAZ, | |
| Defendants. | |

Before the Court is the Report and Recommendation of the Magistrate (#116). Defendant objected (#126), and the Government responded (#139). The Court fully concurs in the multiple bases detailed by the Magistrate for denial of Defendant's underlying Motion to Suppress (#104). The Court **HEREBY ADOPTS AND AFFIRMS** the Magistrate's recommendation (#116), **DENYING** Defendant's Motion to Suppress (#104).

DATED this 9th day of February, 2015.

_____

Kent J. Dawson
United States District Judge