```
                                                                    1
                   ─2:13-cr-189-KJD-CWH - June 29, 2003─
```

                        **UNITED STATES DISTRICT COURT**
                              **DISTRICT OF NEVADA**

    UNITED STATES OF AMERICA,      )
               Plaintiff,          )   **Case No. 2:13-cr-189-KJD-CWH**
                                   )
         vs.                       )
                                   )         **ORDER TEMPORARILY**
    FRANCISCO ALCARAZ,             )         **UNSEALING TRANSCRIPTS**
               Defendant.          )

    On 9/21/2015, Felicia Zabin, Transcriber, received a CJA-24 Authorization and Voucher Transcript requesting transcripts from the 8/23/2013 Attorney Appointment Hearing (#31) and 1/21/2015 Motion Hearing (#110) from Angela Dows, Esq., in which a portion of each hearing has been sealed.

    **IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed for the limited purpose of providing a copy of the transcripts as requested by Angela Dows, Esq.

    **IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed, and a certified copy of the transcripts be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcripts of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

    DATED this  29  day of  September , 2015.

                                          _____
                                          KENT J. DAWSON
                                          United States District Judge

              FELICIA R. ZABIN, FCRR, RPR, CCR 478     (702) 676-1087