IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br>FRANCISCO ALCARAZ,<br>      Defendant. | Case No. 2:13-cr-189-KJD-CWH<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On September 16, 2015, Katherine Eismann, Official Court Reporter, received a Transcript Order from Angela B. Dows, counsel for defendant, requesting a transcript of the sealed hearing July 30, 2013, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Angela H. Dows.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 7th day of Oct 2015.

_____
KENT J. DAWSON
U.S. District Court Judge